**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **RONALD GRADDY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Case No. 4:21-cv-00037-CDL-MSH** |
| **v.** | : | |
| | : | |
| **BOLKCOM, IV., JUDGE,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## DISMISSAL ORDER

*Pro se* Plaintiff Ronald Graddy, a former inmate at the Georgia Diagnostic & Classification Prison in Jackson, Georgia, filed a 42 U.S.C. § 1983 civil rights claim.   ECF No. 1.   Plaintiff also filed an incomplete motion for leave to proceed *in forma pauperis*. ECF No. 2.

On June 10, 2021, Plaintiff was ordered to recast his complaint.   ECF No. 4.   He was also ordered to either submit a complete motion to proceed *in forma pauperis* with the proper supporting documents or pay the full filing fee.   *Id.*   Plaintiff was given fourteen (14) days to respond and was informed that failure to comply would result in dismissal of his action.   *Id.*   Plaintiff filed a recast complaint.   ECF No. 7.   However, he also filed another incomplete motion to proceed *in forma pauperis* without a certified copy of his prison trust account.   ECF No. 8.

Therefore, on July 2, 2021, the Court ordered Plaintiff to show cause why his action should not be dismissed for failure to comply with this Court's order to pay the filing fee

or file a proper motion to proceed *in forma pauperis*.   ECF No. 8.   The Court unambiguously informed Plaintiff that his action would be dismissed if he failed to comply. *Id.*   Plaintiff was given fourteen (14) days to respond and he has failed to do so.

Because Plaintiff has failed to comply with the Court's orders or otherwise prosecute his case, his complaint is **DISMISSED WITHOUT PREJUDICE**.   See Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED,** this **26th** day of **July, 2021**.

S/Clay D. Land
_____
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT